# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

PRECIOUS BUCHANAN,

    Plaintiff,

v.                                    CASE NO. 4:13cv143-RH/CAS

BARBARA PALMER et al.,

    Defendants.

_____/

## ORDER AMENDING THE SCHEDULE

For the reasons set out on the record of the hearing on December 5, 2013,

IT IS ORDERED:

1. The defendants' consented motion to appoint a guardian ad litem, ECF No. 26, is GRANTED. The plaintiff must file by December 12, 2013, a notice identifying any proposed guardian ad litem.

2. The deadline for the plaintiff to serve Federal Rule of Civil Procedure 26(a)(2) rebuttal disclosures is extended to December 5, 2013.

3. The discovery deadline is extended to December 31, 2013.

4. The deadline to file a summary-judgment motion is extended to January 21, 2014.

5. The deadline to begin mediation is extended to January 14, 2014.

6. The deadline to finish mediation is extended to January 28, 2014.

7. The deadline for the attorney conference required by the Order for Pretrial Conference, ECF No. 23, is extended to February 10, 2014.

8. The deadline for filing the pretrial stipulation and other papers required by paragraphs III and IV of the Order for Pretrial Conference is extended to February 24, 2014.

9. The clerk must reschedule the pretrial conference for the first available date on or after February 26, 2014.

10. The trial is continued to the three-week trial period that begins on March 17, 2014. The clerk must issue a notice.

SO ORDERED on December 6, 2013.

                              s/Robert L. Hinkle
                              United States District Judge